Michael H. Church, WSBA #24957          **Honorable Thomas O. Rice**
Courtney J. Hagermann, WSBA #51596
Michael A. Leto, WSBA #55514
Stamper Rubens, P.S.
720 W. Boone, Ste. 200
Spokane, WA 99201
Telephone: (509) 326-4800

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### SPOKANE DIVISION

| | | |
|---|---|---|
| JORDON KING, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | NO. 2:23-cv-00040-ACE |
| Plaintiff, | ) ) | |
| v. | ) ) | CORPORATE DISCLOSURE OF DEFENDANT INLAND RESTORATION, INC. |
| INLAND RESTORATION, INC. and STEVE KNIGHT, | ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Rule 7.l(a) of the Federal Rules of Civil Procedure, Defendant

INLAND RESTORATION, INC. states:

1. INLAND RESTORATION, INC. does not have a parent corporation; and

//

//

//

CORPORATE DISCLOSURE OF
DEFENDANT INLAND RESTORATION,
INC.: 1

2. No publicly held corporation owns 10% or more of INLAND

RESTORATION, INC.'s stock. DATED this 10th day of May 2023.

STAMPER RUBENS, P.S.


By_____/s/ Michael H. Church_____
        Michael H. Church, WSBA #24957
        Courtney J. Hagermann, WSBA #51596
        Michael A. Leto, WSBA #55514
        Stamper Rubens, P.S.
        720 W. Boone, Ste. 200
        Spokane, WA 99201
        Telephone: (509) 326-4800
        mchurch@stamperlaw.com
        chagermann@stamperlaw.com
        mleto@stamperlaw.com
        Attorneys for Defendants

CORPORATE DISCLOSURE OF
DEFENDANT INLAND RESTORATION,
INC.: 2

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Counsel for Plaintiffs**
Jon Sanford
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Ste. 510
Little Rock, Arkansas
ecfnotices@sandfordlawfirm.com


                                    /s/      Barbara Brown

H:\Clients\ServPro of NW Spokane\King, Jordon\Pleadings\4 Initial Disclosures\Corp DisclosuresForm.doc

CORPORATE DISCLOSURE OF
DEFENDANT INLAND RESTORATION,
INC.: 3