Michael H. Church
Courtney J. Hagermann
Michael A. Leto
Stamper Rubens, P.S.
720 West Boone, Suite 200
Spokane, WA 99201
Attorneys for Defendants
Telephone: (509) 326-4800

**Honorable Thomas O. Rice**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### SPOKANE DIVISION

| | |
|---|---|
| JORDON KING, Individually and on Behalf of All Others Similarly Situated, | NO. 2:23-cv-00040-ACE |
| Plaintiff, | |
| v. | |
| INLAND RESTORATION, INC. and STEVE KNIGHT, | **JOINT STATUS CERTIFICATE** |
| Defendants. | |

    In response to the Notice Setting Court's Scheduling Conference setting this matter for a status conference, the parties, Defendants Inland Restoration, Inc. and Steve Knight, by their attorneys, Michael H. Church, Courtney J. Hagermann and Michael A. Leto of Stamper Rubens, P.S.; Plaintiff Jordon King by his attorney, Jon

JOINT STATUS CERTIFICATE: 1

Sanford of Sanford Law Firm, PLLC (collectively, the "Parties"), have conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. The Parties' position with respect to the foregoing is as follows:

    a.    **<u>Do jurisdiction and venue exist and, if they do exist, the basis for each.</u>**

The parties agree that jurisdiction and venue are proper.

    b.    **<u>Is service of process complete and, if not, a deadline for completion.</u>**

The parties agree that service of process is complete.

    c.    **<u>A Brief Description of Claims and Defenses.</u>**

Plaintiff alleges Defendants failed to include in its overtime calculations certain bonuses paid to employees. Defendants deny Plaintiff's claims and allege bonuses were discretionary, and as a result were properly not included in bonus calculations.

    d.    **<u>Is a statute's constitutionality being challenged, per Fed. R. Civ.P.5.1, and has the required notice has been provided.</u>**

The parties agree that a statute's constitutionality is not being challenged.

    e.    **<u>Should any issues be certified to a state supreme court.</u>**

The parties agree that no issues should be certified to a state supreme court.

    f.    **<u>Suggested deadline for adding additional parties, amending the pleadings, and seeking class certification.</u>**

JOINT STATUS CERTIFICATE: 2

August 1, 2023.

    g.    **Have all non-government corporate parties filed the necessary ownership statement, see Fed. R. Civ. P. 7.1.**

Yes.

    h.    **Does the case involve a minor or incompetent party and is the appointment of a guardian ad litem is necessary, see LCivR 17(c).**

The case does not involve a minor or incompetent party and that no appointment of a guardian ad litem is necessary.

    i.    **Discovery:**

• **confirmation that initial disclosures, see Fed. R. Civ. P. 26(a)(1), will be accomplished by the time of the hearing;**

The parties confirm that initial disclosures will be accomplished by the time of the hearing.

• **subjects on which discovery may be needed;**

Facts and records related to wages Defendants paid to its employees.

Facts and records related to bonus compensation plans.

Information regarding certain employees to whom bonuses were paid.

JOINT STATUS CERTIFICATE: 3

- **any issues about preserving discoverable information, including electronically stored information;**

Not at this time.

- **claims of privilege, protection of confidentiality, and proposed confidentiality agreements;**

The parties agree that there are no claims of privilege, protection of confidentiality and proposed confidentiality agreements at this time.

- **proposed agreements reached under Fed. R. Evid. 502;**

The parties agree that there are no proposed agreements reached at this time.

- **proposed modifications to the standard discovery procedures, including bifurcation and/or consolidation of discovery, or an increase in the allowed number of depositions (10), interrogatories (25), requests for production (30), or requests for admission (15);**

The parties agree that there is no proposed modification to the standard discovery procedures at this time.

- **suggested expert disclosure deadlines; and**

December 1, 2023.

JOINT STATUS CERTIFICATE: 4

- **suggested discovery cut-off;**

March 1, 2024.

j. **Anticipated Motions and Suggested Dispositive Motion Filing Deadlines.**
Both parties anticipate filing motions for summary judgment.

k. **Trial:**

- **whether a jury has been requested. In cases removed from state court in which a party desires a jury trial, a jury demand must be filed within 30 days after removal, see LCivR 38(d); F.**

The parties agree that a jury has not been requested at this time.

- **suggested trial date(s) and location;**

The parties agree upon the suggested trial date in June 2024.

- **anticipated length of trial.**

The parties anticipate the length of trial to be five (5) days.

- **requests for bifurcation.**

The parties agree that there are no requests for bifurcation at this time.

- **the need for special audio/visual courtroom technology.**

JOINT STATUS CERTIFICATE: 5

1  The parties agree that there is no need for special audio/visual courtroom technology?

**l.    The likelihood for settlement and the point at which the parties can conduct meaningful dispute resolution.**

Mediation is scheduled for June 19, 2023.

**m.    Any other matters that may be conducive to the just, speedy, and inexpensive determination of the action.**

The parties agree that there are no other matters that may be conducive to the just, speedy and inexpensive determination of the action at this time.

| STAMPER RUBENS, P.S. | SANFORD LAW FIRM, PLLC |
|---|---|
| By: ___/s/ Michael H. Church_____<br>MICHAEL H. CHURCH,<br>WSBA # 24957<br>COURTNEY J. HAGERMANN<br>WSBA # 51596<br>MICHAEL A. LETO<br>WSBA # 55514<br>720 W. Boone, Suite 200<br>Spokane, WA  99201<br>Tel: (509) 326-4800<br>Fax: (509) 326-4891<br>mchurch@stamperlaw.com<br>chagermann@stamperlaw.com<br>mleto@stamperlaw.com<br>Attorneys for Defendants | By:____/s/_____<br>JON SANFORD, WSBA # 54557<br>10800 Financial Centre Parkway<br>Suite 510<br>Little Rock, AR 72211<br>Tel: (800) 615-4946<br>Fax: (888) 787-2040<br>josh@sanfordlawfirm.com<br>jon@sanfordlawfirm.com<br>Attorneys for Plaintiffs |

H:\Clients\ServPro of NW Spokane\King, Jordon\Pleadings\3 Jnt Status Cert\Joint Status Report -revised .docx

JOINT STATUS CERTIFICATE:  6