Michael H. Church, WSBA #24957
Courtney J. Hagermann, WSBA #51596
Stamper Rubens, P.S.
720 W. Boone, Ste. 200
Spokane, WA 99201
Telephone: (509) 326-4800

**Honorable Thomas O. Rice**

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON
### SPOKANE DIVISION

| | |
|---|---|
| JORDAN KING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INLAND RESTORATION, INC. and STEVE KNIGHT,<br><br>Defendants. | NO. 2:23-cv-00040-ACE<br><br>STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

Defendants Inland Restoration, Inc. and Steve Knight by and through their attorneys, Michael H. Church and Courtney J. Hagermann of Stamper Rubens, P.S. and Plaintiff Jordan King by and through his attorney Jon Sanford of Sanford Law Firm, hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action against Defendants in the above-captioned case with prejudice and without costs or attorneys' fees to either party.

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE: 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34

IT IS SO STIPULATED this 2̸ day of April 2024.


STAMPER RUBENS, P.S.

By_____

Michael H. Church, WSBA #24957
Courtney J. Hagermann, WSBA #51596
Stamper Rubens, P.S.
720 W. Boone, Ste. 200
Spokane, WA 99201
Telephone: (509) 326-4800
mchurch@stamperlaw.com
chagermann@stamperlaw.com
Attorneys for Defendants

SANFORD LAW FIRM, PLLC

By:_____/s/ _Jon Sanford_____

JON SANFORD, WSBA # 54557
10800 Financial Centre Parkway
Suite 510
Little Rock, AR 72211
Tel: (800) 615-4946
Fax: (888) 787-2040
josh@sanfordlawfirm.com
jon@sanfordlawfirm.com
Attorneys for Plaintiffs

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE: 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34

**[PROPOSED] ORDER**

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing Stipulated Motion, now, therefore,

IT IS HEREBY ORDERDERED, ADJUDGED, AND DECREED that all claims and causes of action asserted in the above-captioned case against Defendants are dismissed with prejudice, and without costs or attorneys' fees to either party.

DATED this ___ day of April, 2024.

_____

THE HONORABLE THOMAS O. RICE

STAMPER RUBENS, P.S.

By_____
    Michael H. Church, WSBA #24957
    Courtney J. Hagermann, WSBA
    #51596
    Stamper Rubens, P.S.
    720 W. Boone, Ste. 200
    Spokane, WA 99201
    Telephone: (509) 326-4800
    mchurch@stamperlaw.com
    chagermann@stamperlaw.com
    Attorneys for Defendants

SANFORD LAW FIRM, PLLC

By:____/s/ Jon Sanford_____
    JON SANFORD, WSBA # 54557
    10800 Financial Centre Parkway
    Suite 510
    Little Rock, AR 72211
    Tel: (800) 615-4946
    Fax: (888) 787-2040
    josh@sanfordlawfirm.com
    jon@sanfordlawfirm.com
    Attorneys for Plaintiffs

H:\Clients\ServPro of NW Spokane\King, Jordan\Pleadings\Stip Mtn & Proposed Order of Dismissal.doc

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE: 3