AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 15, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JORDAN KING, Individually and on Behalf of All Others Similarly Situated,<br>*Plaintiff*<br>v.<br>INLAND RESTORATION, INC., and STEVEN KNIGHT,<br>*Defendant* | Civil Action No. 2:23-CV-0040-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulated Motion for Dismissal with Prejudice, ECF No. 18, is GRANTED. Pursuant to the Order filed at ECF No. 19, this action is DISMISSED with prejudice and without costs or attorneys' fees to either party, pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on parties' Stipulated Motion for Dismissal with Prejudice.

Date: 4/15/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza